USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -v-                        1:18-cr-696-GHW

    FREDDIE MCGRIER,              ORDER

                    Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On August 23, 2021 at 10:00 a.m., the Court will hold a hearing on Mr. McGrier's application to represent himself in this matter. By no later than August 17, 2021, each party is directed to submit a proposed slate of questions for the Court's colloquy with Mr. McGrier with respect to his application.

    The hearing scheduled for August 23, 2021 will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: July 28, 2021
       New York, New York

                                                    GREGORY H. WOODS
                                              United States District Judge