USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

          -v-                               1:18-cr-696-GHW

    FREDDIE MCGRIER,                ORDER

                           Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated July 28, 2021, Dkt. No. 46, the parties were directed to submit, no later than August 17, 2021, a proposed slate of questions for the Court's upcoming August 23, 2021 colloquy with Mr. McGrier with respect to Mr. McGrier's application to represent himself. The Court has not received the parties' proposed questions. The parties are directed to comply with the Court's July 28, 2021 order forthwith.

    SO ORDERED.

Dated: August 17, 2021

                                                              GREGORY H. WOODS
                                                      United States District Judge