USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

        -v-                                            1:18-cr-696-GHW

    FREDDIE MCGRIER,                   ORDER

                           Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On August 23, 2021, the Court held a hearing at which Mr. McGrier's competency to proceed was discussed. For reasons articulated during that conference, the Government is directed to submit to the Court no later than August 30, 2021 a letter setting forth the anticipated process for obtaining an evaluation of Mr. McGrier's competency from the Federal Bureau of Prisons, as well as a proposed form of order for such competency evaluation.

    SO ORDERED.

Dated: August 23, 2021

                                                          _____
                                                          GREGORY H. WOODS
                                                       United States District Judge