| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>:<br>UNITED STATES OF AMERICA,   :<br>:<br>:<br>-v-   :<br>:<br>:<br>FREDDIE MCGRIER,   :<br>:<br>Defendant.  :<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/2/2021<br><br>1:18-cr-696-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on September 10, 2021 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 2, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge