```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
               :
UNITED STATES OF AMERICA,     :
               :
               :
     -v-            :     1:18-cr-696-GHW
               :
FREDDIE MCGRIER,         :     ORDER
               :
            Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 1, 2021 at 12:00 p.m., this Court will hold a hearing on the manner by which to proceed in this case. That hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 22, 2021
       New York, New York

                                                GREGORY H. WOODS
                                            United States District Judge