```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                  -v-
                                            1:18-cr-696-GHW

    FREDDIE MCGRIER,                            ORDER

                                Defendant.
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       The Court has received the parties' October 7, 2021 status letter the Court. Dkt. No. 61. From that letter, the Court understands that the Government is working with New York State to secure a writ for the remand of Mr. McGrier to state custody. Accordingly, this matter is adjourned until January 5, 2022. The parties are instructed to submit a joint status letter no later than January 5, 2022 informing the Court of the status of Mr. McGrier's New York State Court proceedings and how the parties plan to proceed in this case.

SO ORDERED.

Dated: October 8, 2021
       New York, New York

                                                                   GREGORY H. WOODS
                                                             United States District Judge